1  Larry Zerner (SBN 155473)
2  Law Offices of Larry Zerner
3  1801 Century Park East, Ste. 2400
4  Los Angeles, CA 90067
5  (310) 773-3623
   Email: Larry@ZernerLaw.com

7  Attorneys for Plaintiff KIMBERLY BOYLE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KIMBERLY BOYLE | Case No.: 2:19-CV-893 |
|---|---|
| Plaintiff, | NOTICE OF INTERESTED PARTIES |
| vs. | |
| ADLER & ASSOCIATES ENTERTAINMENT, LLC, a California LLC; AMAZON.COM, INC., a Delaware corp.; DREAMSCAPE MEDIA, LLC., an Ohio LLC; CHARIS FEENEY-ORCHARD, an individual, and DOES 1-10, inclusive, | |
| Defendants | |

   The undersigned, counsel of record for Plaintiff Kimberly Boyle, certifies that the following listed people or entities have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1) Kimberly Boyle, plaintiff in this action.

2) Adler & Associates Entertainment, LLC, defendant in the within action.

3) Amazon.com, Inc., defendant in the within action.

4) Dreamscape Media, LLC., defendant in the within action..

5) Charis Feeney-Orchard, defendant in the within action.

DATED: February 6, 2019                LAW OFFICES OF LARRY ZERNER

                                By: __/s/Larry Zerner_____
                                    Larry Zerner
                                    Attorney for Plaintiff Kimberly Boyle