1  **DOLL AMIR & ELEY LLP**
GREGORY L. DOLL (SBN 193205)
gdoll@dollamir.com
2  JAMIE O. KENDALL (SBN 260231)
jkendall@dollamir.com
3  1888 Century Park East, Suite 1850
Los Angeles, California 90067
4  Tel:  310.557.9100
Fax: 310.557.9101
5
Attorneys for Defendant
6  AMAZON.COM, INC.

7

8

**UNITED STATES DISTRICT COURT**
9
**CENTRAL  DISTRICT OF CALIFORNIA**
10

11  KIMBERLY BOYLE,                          Case No. 2:19-cv-00893 GW (SKx)

12          Plaintiff,                       *Assigned to the Hon. George H. Wu*
                                            *Magistrate Judge Steve Kim*
13  v.

14  ADLER & ASSOCIATES                       **STIPULATION TO EXTEND TIME**
ENTERTAINMENT, LLC;                      **TO RESPOND TO COMPLAINT BY**
15  AMAZON.COM, INC.; DREAMSCAPE             **NOT MORE THAN 30 DAYS**
MEDIA, LLC; CHARIS FEENEY-                **(L.R. 8-3)**
16  ORCHARD; and DOES 1-10, inclusive,
                                            Complaint Filed:        02/07/2019
17          Defendants.
                                            **Complaint served:      02/25/2019**
18                                           **Current response date: 03/18/2019**
                                            **New response date:     04/17/2019**
19

20

21

22

23

24

25

26

27

28

1    The parties hereto, by and through their counsel of record, hereby stipulate that

2  pursuant to Local Rule 8-3, Defendant Amazon.com, Inc. ("Amazon") shall have 30

3  additional days, from March 18, 2019 to and until April 17, 2019, within which to file

4  its initial responsive pleading to the Complaint on file herein.  This extension was

5  granted at the request of Amazon and its counsel.  There have been no prior requests

6  for extensions of Amazon's time to respond to the initial Complaint, and the current

7  request for an extension will not exceed 30 days.  The Court has not set any deadlines

8  for discovery cut-off, motion cut-off, pretrial conference or trial in the above-

9  captioned matter.

10    **IT IS SO STIPULATED.**

11

12   DATED:  March 6, 2019          DOLL AMIR & ELEY LLP

13                                 By:   */s/ Jamie O. Kendall*

14                                      Gregory L. Doll
                                       Jamie O. Kendall

15                                 Attorneys for Defendant,
                                   AMAZON.COM, INC.

16

17   DATED:  March 6, 2019          LAW OFFICES OF LARRY
                                   ZERNER

18

19                                 By: */s/ Larry Zerner*

20                                      Larry Zerner
                                   Attorneys for Plaintiff,

21                                 KIMBERLY BOYLE

22

23

24    I, Jamie O. Kendall, am the ECF user whose identification and password are

25  being used to file this Stipulation. I hereby attest that Larry Zerner has concurred in

26  this filing.

27  */s/ Jamie O. Kendall*

28

DOLL AMIR & ELEY LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067.**

On March 6, 2019, I served the foregoing document described as **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

### SEE ATTACHED SERVICE LIST

☐ **BY REGULAR MAIL:**  I deposited such envelope in the mail at 1888 Century Park East, Suite 1850, Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported.  Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees.  The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ **BY CM/ECF:** I electronically transmitted a true copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 6, 2019, at Los Angeles, California.

Courtney McCabe

PROOF OF SERVICE

DOLL AMIR & ELEY LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

| | |
|---|---|
| Larry Zerner<br>LAW OFFICES OF LARRY ZERNER<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br><br>*Attorneys for Plaintiff*<br>*KIMBERLY BOYLE* | E: larry@zernerlaw.com<br><br>Tel: (310) 773-3623<br>Fax: (310) 388-5624 |

PROOF OF SERVICE