**Law Office of Larry Zerner**
Larry Zerner
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: 310.773.3623
Larry@Zernerlaw.com

Attorneys for Plaintiff
KIMBERLY BOYLE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BOYLE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADLER & ASSOCIATES ENTERTAINMENT, LLC; AMAZON.COM, INC.; DREAMSCAPE MEDIA, LLC; CHARIS FEENEY-ORCHARD; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-00893 GW (SKx)<br><br>*Assigned to the Hon. George H. Wu*<br>*Magistrate Judge Steve Kim*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed:　　02/07/2019 |

The parties hereto, by and through their counsel of record, hereby stipulate that pursuant to Local Rule 8-3, Defendant Adler & Associates, Inc. ("Adler") shall have 30 additional days, to and until April 18, 2019, within which to file its initial responsive pleading to the Complaint on file herein.  This extension was granted at the request of Adler and its counsel.  There have been no prior requests for extensions of Adler's time to respond to the initial Complaint, and the current request for an extension will not exceed 30 days.  The Court has not set any deadlines for discovery cut-off, motion cut-off, pretrial conference or trial in the above-captioned matter.

**IT IS SO STIPULATED.**

DATED:  March 19, 2019          Adler & Associates Entertainment, Inc.

By:  */s/* Jeremy Lunt
Jeremy Lunt
Attorney for Defendant,
ADLER & ASSOCIATES ENTERTAINMENT, INC.

DATED:  March 19, 2019          LAW OFFICES OF LARRY ZERNER

By: */s/* Larry Zerner
Larry Zerner
Attorneys for Plaintiff,
KIMBERLY BOYLE

I, Larry Zerner, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Jeremy Lunt has concurred in this filing.

*/s/* Larry Zerner