UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-893-GW(SKx) | Date | April 11, 2019 |
|---|---|---|---|
| Title | *Kimberly Boyle v. Adler and Associates Entertainment, LLC, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

None Present                                              None Present

**PROCEEDINGS:**   **IN CHAMBERS - COURT ORDER**

On April 10, 2019, Plaintiff filed a First Amended Complaint. In light of that filing, the Operative Complaint is no longer the original complaint. As such, the Court VACATES Defendant Charis Feeney-Orchard's Motion to Dismiss [14], filed on March 29, 2019, and set for April 29, 2019.

:

Initials of Preparer   JG