# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BOYLE,<br><br>    Plaintiff,<br><br>v.<br><br>ADLER & ASSOCIATES ENTERTAINMENT, LLC; AMAZON.COM, INC.; DREAMSCAPE MEDIA, LLC; CHARIS FEENEY-ORCHARD; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:19-cv-00893 GW (SKx)<br><br>*Assigned to the Hon. George H. Wu*<br>*Magistrate Judge Steve Kim*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:     02/06/2019<br><br>**FAC served:                   04/10/2019**<br>**Current response date: 04/24/2019**<br>**New response date:      05/08/2019** |

1  This Court has reviewed the Joint Stipulation To Extend Time To Respond To
2  The First Amended Complaint submitted by Plaintiff Kimberly Boyle ("Plaintiff")
3  and Defendant Amazon.com, Inc. ("Amazon"), by and through their counsel of
4  record, in the above entitled action.  The Stipulation is **GRANTED**.  Pursuant to the
5  Stipulation, the Court **ORDERS** as follows:
6  Amazon shall file its responsive pleading to Plaintiff's First Amended
7  Complaint on or before May 8, 2019.
8  **IT IS SO ORDERED**.
9
10 DATED: _____
                                                    UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28