# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BOYLE, <br><br> Plaintiff, <br><br> v. <br><br> ADLER & ASSOCIATES ENTERTAINMENT, LLC; AMAZON.COM, INC.; DREAMSCAPE MEDIA, LLC; CHARIS FEENEY-ORCHARD; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. CV 19-893-GW(SKx) <br><br> *Assigned to the Hon. George H. Wu* <br> *Magistrate Judge Steve Kim* <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** <br><br> Complaint Filed:     02/06/2019 <br><br> **FAC served:            04/10/2019** <br> **Current response date: 04/24/2019** <br> **New response date:     05/08/2019** |

This Court has reviewed the Joint Stipulation To Extend Time To Respond To The First Amended Complaint submitted by Plaintiff Kimberly Boyle ("Plaintiff") and Defendant Amazon.com, Inc. ("Amazon"), by and through their counsel of record, in the above entitled action. The Stipulation is **GRANTED**. Pursuant to the Stipulation, the Court **ORDERS** as follows:

Amazon shall file its responsive pleading to Plaintiff's First Amended Complaint on or before May 8, 2019.

**IT IS SO ORDERED**.

DATED: April 19, 2019

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE