1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Law Office of Larry Zerner**
Larry Zerner
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Tel:  310.773.3623
Larry@Zernerlaw.com

Attorneys for Plaintiff
KIMBERLY BOYLE

# UNITED STATES DISTRICT COURT

## CENTRAL  DISTRICT OF CALIFORNIA

| KIMBERLY BOYLE, | Case No. CV 19-893-GW(SKx) |
|---|---|
| Plaintiff, | *Assigned to the Hon. George H. Wu* <br> *Magistrate Judge Steve Kim* |
| v. | |
| ADLER & ASSOCIATES ENTERTAINMENT, LLC; AMAZON.COM, INC.; DREAMSCAPE MEDIA, LLC; CHARIS FEENEY-ORCHARD; and DOES 1-10, inclusive, | **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| Defendants. | Complaint Filed:     02/06/2019 <br> Current Response Date: 4/23/2019 <br> New Response Date: 5/24/2019 |

1      This Court has reviewed the Joint Stipulation To Extend Time To Respond To

2 The First Amended Complaint submitted by Plaintiff Kimberly Boyle ("Plaintiff")

3 and Defendant Adler & Associates Entertainment, Inc. ("Adler"), by and through their

4 counsel of record, in the above entitled action. The Stipulation is **GRANTED**.

5 Pursuant to the Stipulation, the Court **ORDERS** as follows:

6      Adler shall file its responsive pleading to Plaintiff's First Amended Complaint

7 on or before May 24, 2019.

8      **IT IS SO ORDERED.**

9      **Dated: April 23, 2019**

**HON. GEORGE H. WU,**
United States District Judge