Marc V. Allaria (SBN168960)
LITCHFIELD CAVO LLP
251 South Lake Avenue, Suite 750
Pasadena, CA 91101
Tel: (626) 683-1100
Fax: (626) 683-1113
Email:   allaria@litchfieldcavo.com

Attorneys for Defendant,
DREAMSCAPE MEDIA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BOYLE,<br><br>Plaintiff,<br><br>vs.<br><br>ADLER & ASSOCIATES ENTERTAINMENT, LLC. a California LLC; AMAZON.COM, INC., a Delaware corp.; DREAMSCAPE MEDIA LLC., an Ohio LLC; CHRIS FEENEY-ORCHARD, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00893-GW-SK<br>*[Assigned to Hon. George H. Wu, Magistrate Judge Steve Kim]*<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY LESS THAN 30 DAYS**<br><br>Complaint Filed:        2/6/19<br>Current Response Date: 5/13/19<br>New Response Date:     5/24/19 |

The Court has reviewed the Joint Stipulation To extend Time To Respond To The First Amended Complaint submitted by Plaintiff Kimberly Boyle ("Plaintiff") and Defendant, Dreamscape Media LLC ("Dreamscape"), by and through their counsel of record, in the above action. The Stipulation is **GRANTED.**

Pursuant to the Stipulation, the Court ORDERS as follows:

Dreamscape shall file its responsive pleading to Plaintiff's First Amended Complaint on or before May 24, 2019.

**IT IS SO ORDERED.**

DATED: May 8, 2019

_____
Hon. George H. Wu, United States District Judge

---

1

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY LESS THAN 30 DAYS**