Marc V. Allaria (SBN168960)
LITCHFIELD CAVO LLP
251 South Lake Avenue, Suite 750
Pasadena, CA 91101
Tel: (626) 683-1100
Fax: (626) 683-1113
Email: allaria@litchfieldcavo.com

Attorneys for Defendant,
DREAMSCAPE MEDIA LLC,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BOYLE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ADLER & ASSOCIATES ENTERTAINMENT, LLC. a California LLC; AMAZON.COM, INC., a Delaware corp.; DREAMSCAPE MEDIA LLC., an Ohio LLC; CHRIS FEENEY-ORCHARD, an individual, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | **Case No.: 2:19-cv-00893-GW-SK**<br>Assigned to Hon. Judge George H. Wu<br><br>**DEFENDANT DREAMSCAPE MEDIA LLC.'S JOINDER OF DEFENDANT ADLER & ASSOCIATES ENTERTAINMENT LLC'S MOTION TO COMPEL ARBITRATION AND TO DISMISS AND/OR STAY LITIGATION**<br><br>Date:　June 20, 2019<br>Time:　8:30 a.m.<br>Dept　9D<br>Complaint Filed: February 6, 2019<br>Trial:　　　　None Set |

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

　　Defendant DREAMSCAPE MEDIA LLC., ("Defendant") hereby joins in Defendant Adler & Associates Entertainment LLC's Motion to Compel Arbitration and to Dismiss and/or Stay Litigation.

DATED: May 23, 2019　　　　　　　　　　LITCHFIELD CAVO LLP

　　　　　　　　　　　　　　　　　　　By: /s/Marc V. Allaria
　　　　　　　　　　　　　　　　　　　　Marc V. Allaria
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　DREAMSCAPE MEDIA LLC

1

**PROOF OF SERVICE**
*Kimberly Boyle v. Adler & Associates Entertainment, LLC., et al..*
Case No.: 2:19-CV-00893-GW-SK

I, the undersigned, declare that I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the instant case. My business address is 251 South Lake Avenue, Suite 750, Pasadena, California 91101.

On **May 24, 2019**, I served the foregoing document described as **DEFENDANT DREAMSCAPE MEDIA LLC.'S JOINDER OF DEFENDANT ADLER & ASSOCIATES ENTERTAINMENT LLC'S MOTION TO COMPEL ARBITRATION AND TO DISMISS AND/OR STAY LITIGATION** on the interested party in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Lawrence J. Zerner, Esq.<br>**Law Offices of Larry Zerner**<br>1801 Century Park East, Ste. 2400<br>Los Angeles, CA  90067 | Plaintiff  - **KIMBERLY BOYLE**<br><br>Tel.:  (310) 773-3623   -   **Fax:  (310) 388-5624**<br>Email:  Larry@Zernerlaw.com |
| Amy B. Lawrence, Esq<br>**LAWRENCE & ASSOCIATES**<br>2550 N. Hollywood Way, Suite 202<br>Burbank, CA  91505 | Attorneys for Defendant,<br>**ADLER & ASSOCIATES ENTERTAINMENT, LLC**<br><br>Tel:  (818) 843-6442   -   **Fax:  (818) 566-7875** |
| Gregory L. Doll, Esq.<br>Jamie Olivia Kendall, Esq.<br>Brett H. Oberst, Esq.<br>**Doll Amir & Eley LLP**<br>725 South Figueroa Street, Suite 3275<br>Los Angeles, CA 90017 | Attorneys for Defendant Amazon.com<br><br>Tel: (213) 542-3380   -   **Fax: (213) 542-3381**<br><br>Email:  boberst@dollamir.com<br>gdoll@dollamir.com<br>jkendall@dollamir.com |

XX   BY CM/ECF: I electronically transmitted a true copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Executed on **May 24, 2019**, at Pasadena, California.

/s/Yvette M. Gutierrez
Yvette M. Gutierrez