**DOLL AMIR & ELEY LLP**
GREGORY L. DOLL (SBN 193205)
gdoll@dollamir.com
BRETT H. OBERST (SBN 196219)
boberst@dollamir.com
JAMIE O. KENDALL (SBN 260231)
jkendall@dollamir.com
725 South Figueroa Street, Suite 3275
Los Angeles, California 90017
Tel:  213.542.3380
Fax: 213.542.3381

Attorneys for Defendant
AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BOYLE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADLER & ASSOCIATES ENTERTAINMENT, LLC, a California LLC; AMAZON.COM, INC., a Delaware corp.; DREAMSCAPE MEDIA, LLC an Ohio LLC; CHARIS FEENEY-ORCHARD, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-00893 GW (SKx)<br><br>*Assigned to the Hon. George H. Wu*<br>*Magistrate Judge Steve Kim*<br><br>**DEFENDANT AMAZON.COM, INC.'S JOINDER TO DEFENDANT ADLER & ASSOCIATES ENTERTAINMENT, LLC'S MOTION TO COMPEL ARBITRATION AND TO DISMISS AND/OR STAY THE LITIGATION**<br><br>Date:　June 20, 2019<br>Time:　8:30 a.m.<br>Courtroom:　9D<br><br>Trial Date:  None set<br><br>Judge:  Hon. George H. Wu |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 20, 2019 at 8:30 a.m. or as soon thereafter as the matter may be heard in Courtroom 9D of the above Court, located at 350 W. 1st Street, Los Angeles, CA 90012, Defendant AMAZON.COM, INC. ("Amazon") will, and hereby does, join in Defendant ADLER & ASSOCIATES ENTERTAINMENT, LLC's ("Adler") Motion to Compel Arbitration and to Dismiss and/or Stay the Litigation (Dkt. No. 25), which seeks an order to: (1) compel Plaintiff KIMBERLY BOYLE ("Boyle") to submit all of her claims in this case to arbitration pursuant to the agreements to arbitrate contained within Boyle's written screenplay option and purchase agreement, as well as the arbitration clauses contained in subsequent agreements for the sales and distribution of the film; and/or (2) dismiss and/or stay this action pending completion of arbitration.

This Motion is made pursuant to the Federal Arbitration Act, 9 U.S.C. § 1-16. Good cause exists for the Motion. Boyle entered into an option/purchase agreement for the sale of her screenplay, which contains a provision requiring Boyle to arbitrate any controversy or claim arising out of or in relation to said agreement or the validity, construction or performance of the agreement, or the breach thereof, and the subsequent sales and distribution agreements for the film contain similar arbitration clauses as well, including specifically the agreement with Amazon (see Adler's Mem. of P. & A. at pp. 11–12). The gravamen of this case, controversy and subject of this lawsuit arises out of issues and events that transpired as a result of Boyle's misinterpretation of the purchase price provisions of the option/purchase agreement affecting ownership of the screenplay. As a result, all of Boyle's pending claims, including those against Amazon, are subject to arbitration because they are "intimately founded in and intertwined with the underlying contract(s)" that contain arbitration agreements. *See*, *e.g.*, *Mundi v. Union Sec. Life Ins. Co.*, 555 F.3d 1042, 1046 (9th Cir. 2009).

This Motion is based on this Notice of Motion and Motion, Adler's Notice of Motion and Motion, the Memorandum of Points and Authorities attached thereto (collectively, Dkt. No. 25), the declarations of Amy B. Lawrence (Dkt. No. 25.1), Charis Feeney-Orchard (Dkt. No. 25.2), and Jeremy J. Lunt (Dkt. No. 25) and all exhibits thereto filed concurrently with and in support of Adler's Notice of Motion and Motion, the other pleadings and papers on file in this action, all matters that may be judicially noticed, and further evidence and arguments as may be offered to the Court at the hearing on this matter, and all other evidence or matters that the Court deems just and proper.

DATED: May 24, 2019

Respectfully submitted,

DOLL AMIR & ELEY LLP

By: */s/ Brett H. Oberst*
      Brett H. Oberst

Attorneys for Defendant
AMAZON.COM, INC.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **725 South Figueroa Street, Suite 3275, Los Angeles, CA 90017**.

On May 24, 2019, I served the foregoing documents described as **DEFENDANT AMAZON.COM, INC.'S JOINDER TO DEFENDANT ADLER & ASSOCIATES ENTERTAINMENT, LLC'S MOTION TO COMPEL ARBITRATION AND TO DISMISS AND/OR STAY THE LITIGATION** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 725 S. Figueroa Street, Ste. 3275, Los Angeles, CA 90017. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ **BY CM/ECF:** I electronically transmitted a true copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 24, 2019, at Los Angeles, California.

_____
Genevieve Fenster

**SERVICE LIST**

| | |
|---|---|
| Larry Zerner, Esq.<br>LAW OFFICES OF LARRY ZERNER<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br><br>*Attorneys for Plaintiff Kimberly Boyle* | E: larry@zernerlaw.com<br><br>Tel: (310) 773-3623<br>Fax: (310) 388-5624 |
| Amy B. Lawrence, Esq.<br>LAWRENCE & ASSOCIATES<br>2550 N. Hollywood Way, Suite 202<br>Burbank, CA 91505<br><br>*Attorneys for Defendant Adler & Associates Entertainment, LLC* | E: ablawrence@lawandassoc.com<br><br>Tel: (818) 843-6442<br>Fax: (818) 566-7875 |
| Mark V. Allaria, Esq.<br>LITCHFIELD CAVO LLP<br>251 South Lake Ave., Suite 750<br>Pasadena, CA 91101<br><br>*Attorneys for Defendant Dreamscape Media, LLC* | E: allaria@litchfieldcavo.com<br><br>Tel: (626) 683-1100<br>Fax: (626) 683-1113 |