| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>DOLL AMIR & ELEY LLP<br>GREGORY L. DOLL (SBN 193205) gdoll@dollamir.com<br>BRETT H. OBERST (SBN 196219) boberst@dollamir.com<br>JAMIE O. KENDALL (SBN 260231) jkendall@dollamir.com<br>725 S. Figueroa Street, Suite 3275<br>Los Angeles, California 90017<br>Tel: (213) 542-3380<br>Fax: (213) 542-3381 | |
|---|---|
| ATTORNEY(S) FOR: Defendant Amazon.com, Inc. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KIMBERLY BOYLE,<br><br>Plaintiff(s),<br>v.<br>ADLER & ASSOCIATES ENTERTAINMENT LLC; AMAZON.COM, INC.; DREAMSCAPE MEDIA, LLC; CHARIS FEENEY-ORCHARD<br>Defendant(s) | CASE NUMBER:<br><br>2:19-cv-00893 GW (SKx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Defendant Amazon.com, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Amazon.com, Inc. | Defendant Amazon.com, Inc. states that it has no parent corporation and that no company owns 10 percent or more of Amazon.com, Inc.'s stock. Amazon.com, Inc. reserves all rights to file an amended notice of interested parties pursuant to Local Rule 7-1.1 if there is material change in the status of interested parties. |
| Kimberly Boyle | Plaintiff |
| Adler & Associates Entertainment, LLC | Defendant |
| Dreamscape Media, LLC | Defendant |
| Charis Feeney-Orchard | Defendant |

| June 5, 2019 | /s/ Brett H. Oberst |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Amazon.com, Inc.

---

CV-30 (05/13)         NOTICE OF INTERESTED PARTIES

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **725 South Figueroa Street, Suite 3275, Los Angeles, CA 90017**.

On June 11, 2019, I served the foregoing documents described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 725 S. Figueroa Street, Ste. 3275, Los Angeles, CA 90017. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ **BY CM/ECF:** I electronically transmitted a true copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 11, 2019, at Los Angeles, California.

_____
Genevieve Fenster

## SERVICE LIST

| | |
|---|---|
| Larry Zerner, Esq.<br>LAW OFFICES OF LARRY ZERNER<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br><br>*Attorneys for Plaintiff Kimberly Boyle* | E: larry@zernerlaw.com<br><br>Tel: (310) 773-3623<br>Fax: (310) 388-5624 |
| Amy B. Lawrence, Esq.<br>LAWRENCE & ASSOCIATES<br>2550 N. Hollywood Way, Suite 202<br>Burbank, CA 91505<br><br>*Attorneys for Defendant Adler & Associates Entertainment, LLC* | E: ablawrence@lawandassoc.com<br><br>Tel: (818) 843-6442<br>Fax: (818) 566-7875 |
| Mark V. Allaria, Esq.<br>LITCHFIELD CAVO LLP<br>251 South Lake Ave., Suite 750<br>Pasadena, CA 91101<br><br>*Attorneys for Defendant Dreamscape Media, LLC* | E: allaria@litchfieldcavo.com<br><br>Tel: (626) 683-1100<br>Fax: (626) 683-1113 |