**DOLL AMIR & ELEY LLP**
GREGORY L. DOLL (SBN 193205)
gdoll@dollamir.com
BRETT H. OBERST (SBN 196219)
boberst@dollamir.com
JAMIE O. KENDALL (SBN 260231)
jkendall@dollamir.com
725 South Figueroa Street, Suite 3275
Los Angeles, California 90017
Tel:  213.542.3380
Fax: 213.542.3381

Attorneys for Defendant
AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BOYLE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADLER & ASSOCIATES ENTERTAINMENT, LLC, a California LLC; AMAZON.COM, INC., a Delaware corp.; DREAMSCAPE MEDIA, LLC an Ohio LLC; CHARIS FEENEY-ORCHARD, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-00893 GW (SKx)<br><br>*Assigned to the Hon. George H. Wu*<br>*Magistrate Judge Steve Kim*<br><br>**DEFENDANT AMAZON.COM, INC.'S JOINDER TO DEFENDANT ADLER & ASSOCIATES ENTERTAINMENT, LLC'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND TO DISMISS AND/OR STAY THE LITIGATION**<br><br>Date:　July 15, 2019<br>Time:　8:30 a.m.<br>Courtroom:　9D<br><br>Trial Date:  None set<br><br>Judge:  Hon. George H. Wu |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant AMAZON.COM, INC. ("Amazon") hereby joins in Defendant ADLER & ASSOCIATES ENTERTAINMENT, LLC's ("Adler") Reply filed in Support of its Motion to Compel Arbitration and to Dismiss and/or Stay the Litigation (Dkt. No. 31), which seeks an order to: (1) compel Plaintiff KIMBERLY BOYLE ("Boyle") to submit all of her claims in this case to arbitration pursuant to the agreements to arbitrate contained within Boyle's written screenplay option and purchase agreement, as well as the arbitration clauses contained in subsequent agreements for the sales and distribution of the film; and/or (2) dismiss and/or stay this action pending completion of arbitration.

As explained in the Motion (Dkt. No. 25) and the Reply, Plaintiff's Opposition does not overcome the fundamental issues that justify arbitration in this case—i.e., all of Boyle's pending claims, including those against Amazon, are "intimately founded in and intertwined" with contracts that contain arbitration agreements. *See*, *e.g.*, *Mundi v. Union Sec. Life Ins. Co.*, 555 F.3d 1042, 1046 (9th Cir. 2009).

For those reasons, as more fully explained in the Motion and Reply, Amazon respectfully requests that the Court grant the Motion.

DATED: July 8, 2019              Respectfully submitted,

                                 DOLL AMIR & ELEY LLP


                                 By: */s/ Brett H. Oberst*
                                        Brett H. Oberst

                                 Attorneys for Defendant
                                 AMAZON.COM, INC.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **725 South Figueroa Street, Suite 3275, Los Angeles, CA 90017**.

On July 8, 2019, I served the foregoing documents described as **DEFENDANT AMAZON.COM, INC.'S JOINDER TO DEFENDANT ADLER & ASSOCIATES ENTERTAINMENT, LLC'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND TO DISMISS AND/OR STAY THE LITIGATION** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 725 S. Figueroa Street, Ste. 3275, Los Angeles, CA 90017. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ **BY CM/ECF:** I electronically transmitted a true copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 8, 2019, at Los Angeles, California.

*GFenster*
_____
Genevieve Fenster

# SERVICE LIST

Larry Zerner, Esq.  
LAW OFFICES OF LARRY ZERNER  
1801 Century Park East, Suite 2400  
Los Angeles, CA 90067  

E: larry@zernerlaw.com  
Tel: (310) 773-3623  
Fax: (310) 388-5624  

*Attorneys for Plaintiff Kimberly Boyle*

Amy B. Lawrence, Esq.  
LAWRENCE & ASSOCIATES  
2550 N. Hollywood Way, Suite 202  
Burbank, CA 91505  

E: ablawrence@lawandassoc.com  
Tel: (818) 843-6442  
Fax: (818) 566-7875  

*Attorneys for Defendant Adler & Associates Entertainment, LLC*

Mark V. Allaria, Esq.  
LITCHFIELD CAVO LLP  
251 South Lake Ave., Suite 750  
Pasadena, CA 91101  

E: allaria@litchfieldcavo.com  
Tel: (626) 683-1100  
Fax: (626) 683-1113  

*Attorneys for Defendant Dreamscape Media, LLC*