# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 19-893-GW(SKx) | Date | September 12, 2019 |
|---|---|---|---|
| Title | *Kimberly Boyle v. Adler and Associates Entertainment, LLC, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Anne Kielwasser | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lawrence J. Zerner | Amy B. Lawrence |
| | Brett H. Oberst |

**PROCEEDINGS:    DEFENDANT ADLER & ASSOCIATES ENTERTAINMENT, LLC'S MOTION TO COMPEL ARBITRATION AND TO DISMISS AND/OR STAY THE LITIGATION [25]**

Court hears further argument. Based on the Tentative issued on July 15, 2019, and for reasons stated on the record, Defendant's Motion to Compel is GRANTED. The Court stays this matter and sets a status conference for June 15, 2020 at 8:30 a.m., with a joint status report to be filed by noon on June 10, 2020.

:    11

Initials of Preparer    JG