1 | **DOLL AMIR & ELEY LLP**
GREGORY L. DOLL (SBN 193205)
2 | gdoll@dollamir.com
BRETT H. OBERST (SBN 196219)
3 | boberst@dollamir.com
JAMIE O. KENDALL (SBN 260231)
4 | jkendall@dollamir.com
725 South Figueroa Street, Suite 3275
5 | Los Angeles, California 90017
Tel:  213.542.3380
6 | Fax: 213.542.3381

7 | Attorneys for Defendant
AMAZON.COM, INC.
8 |

9 |

10 | **UNITED STATES DISTRICT COURT**

11 | **CENTRAL DISTRICT OF CALIFORNIA**

12 | KIMBERLY BOYLE,                         Case No. 2:19-cv-00893 GW (SKx)

13 |          Plaintiff,                    *Assigned to the Hon. George H. Wu*
                                            *Magistrate Judge Steve Kim*
14 | v.

15 | ADLER & ASSOCIATES                     **DEFENDANT AMAZON.COM,**
ENTERTAINMENT, LLC, a California          **INC.'S JOINDER TO DEFENDANT**
16 | LLC; AMAZON.COM, INC., a Delaware     **ADLER & ASSOCIATES**
corp.; DREAMSCAPE MEDIA, LLC an           **ENTERTAINMENT, LLC'S**
17 | Ohio LLC; CHARIS FEENEY-              **MOTION TO DISMISS BASED**
ORCHARD, an individual; and DOES 1-       **UPON PLAINTIFF KIMBERLY**
18 | 10, inclusive,                        **BOYLE'S FAILURE TO INCLUDE**
                                            **DEFENDANT IN ARBITRATION**
19 |          Defendants.                  **PROCEEDINGS IN**
                                            **CONTRAVENTION OF PRIOR**
20 |                                         **COURT ORDER COMPELLING**
21 |                                         **PLAINTIFF TO ARBITRATE**

22 |                                         Date:    January 2, 2019
                                            Time:    8:30 a.m.
23 |                                         Courtroom: 9D

24 |                                         Trial Date: None set

25 |                                         Judge: Hon. George H. Wu

26 |

27 |

28 |

DEFENDANT AMAZON'S JOINDER TO DEFENDANT ADLER'S MOTION TO DISMISS

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on January 2, 2019 at 8:30 a.m. or as soon thereafter as the matter may be heard in Courtroom 9D of the above Court, located at 350 W. 1st Street, Los Angeles, CA 90012, Defendant AMAZON.COM, INC. ("Amazon") will, and hereby does, join in Defendant ADLER & ASSOCIATES ENTERTAINMENT, LLC's ("Adler") motion for an order dismissing this entire action with prejudice on the grounds that, in contravention of the Court's prior order compelling Plaintiff KIMBERLY BOYLE ("Boyle") to arbitrate her copyright infringement action against defendants Adler, Amazon, and Dreamscape on the ground of "equitable estoppel," Boyle refused to include any of the defendants in an arbitration on the issues in this case that was conducted against another party, Charis Feeney-Orchard, and thereby waived and/or abandoned her claims against Amazon—or Adler or Dreamscape—with respect to those issues.

This Motion is based on this Notice of Motion and Motion, Adler's Notice of Motion and Motion and the Memorandum of Points and Authorities attached thereto (collectively, Dkt. No. 39), the declaration of Amy B. Lawrence (Dkt. No. 39-1), and all exhibits thereto filed concurrently with and in support of Adler's Notice of Motion and Motion, the other pleadings and papers on file in this action, all matters that may be judicially noticed, and further evidence and arguments as may be offered to the Court at the hearing on this matter, and all other evidence or matters that the Court deems just and proper.

DATED:  December 2, 2019          Respectfully submitted,

                                                    DOLL AMIR & ELEY LLP

                                                    By:  */s/ Brett H. Oberst*
                                                              Brett H. Oberst

                                                  Attorneys for Defendant
                                                  AMAZON.COM, INC.

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **725 South Figueroa Street, Suite 3275, Los Angeles, CA 90017**.

On December 2, 2019, I served the foregoing documents described as **DEFENDANT AMAZON.COM, INC.'S JOINDER TO DEFENDANT ADLER & ASSOCIATES ENTERTAINMENT, LLC'S MOTION TO DISMISS BASED UPON PLAINTIFF KIMBERLY BOYLE'S FAILURE TO INCLUDE DEFENDANT IN ARBITRATION PROCEEDINGS IN CONTRAVENTION OF PRIOR COURT ORDER COMPELLING PLAINTIFF TO ARBITRATE** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 725 S. Figueroa Street, Ste. 3275, Los Angeles, CA 90017. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ **BY CM/ECF:** I electronically transmitted a true copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 2, 2019, at Los Angeles, California.

*/s/ GFenster*
_____
Genevieve Fenster

**SERVICE LIST**

| | |
|---|---|
| Larry Zerner, Esq.<br>LAW OFFICES OF LARRY ZERNER<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067 | E: larry@zernerlaw.com<br><br>Tel: (310) 773-3623<br>Fax: (310) 388-5624 |

*Attorneys for Plaintiff Kimberly Boyle*

| | |
|---|---|
| Amy B. Lawrence, Esq.<br>LAWRENCE & ASSOCIATES<br>2550 N. Hollywood Way, Suite 202<br>Burbank, CA 91505 | E: ablawrence@lawandassoc.com<br><br>Tel: (818) 843-6442<br>Fax: (818) 566-7875 |

*Attorneys for Defendant Adler & Associates Entertainment, LLC*

| | |
|---|---|
| Mark V. Allaria, Esq.<br>LITCHFIELD CAVO LLP<br>251 South Lake Ave., Suite 750<br>Pasadena, CA 91101 | E: allaria@litchfieldcavo.com<br><br>Tel: (626) 683-1100<br>Fax: (626) 683-1113 |

*Attorneys for Defendant Dreamscape Media, LLC*