```
1  Marc V. Allaria (SBN168960)
   LITCHFIELD CAVO LLP
2  2 North Lake Avenue, Suite 400
   Pasadena, CA  91101
3  Tel:  (626) 683-1100
   Fax: (626) 683-1113
4  Email:  allaria@litchfieldcavo.com

5
   Attorneys for Defendant,
6  DREAMSCAPE MEDIA LLC,

7
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KIMBERLY BOYLE,<br><br>Plaintiff,<br><br>vs.<br><br>ADLER & ASSOCIATES ENTERTAINMENT, LLC. a California LLC; AMAZON.COM, INC., a Delaware corp.; DREAMSCAPE MEDIA LLC., an Ohio LLC; CHRIS FEENEY-ORCHARD, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: 2:19-cv-00893-GW-SK**<br>Assigned to Hon. Judge George H. Wu<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS**<br><br><br>Dept:   9D<br>Complaint Filed: February 6, 2019<br>Trial:             None Set |
|---|---|

**TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that effective January 1, 2020 the law firm of Litchfield Cavo LLP, counsel for Defendants, DREAMSCAPE MEDIA LLC, has relocated to the following address:

LITCHFIELD CAVO LLP

2 North Lake Avenue, Suite 400

Pasadena, CA  91101

Tel:  (626) 683-1100

Fax: (626) 683-1113

///

1
**NOTICE OF CHANGE OF FIRM ADDRESS**

1  Please update your service lists.

2  DATED:  January 6, 2020                    LITCHFIELD CAVO LLP

4                                                         By:  /s/ Marc V. Allaria
5                                                                Marc V. Allaria
                                                                     Attorneys for Defendant
6                                                                DREAMSCAPE MEDIA LLC

**PROOF OF SERVICE**
*Kimberly Boyle v. Adler & Associates Entertainment, LLC., et al..*
Case No.:  2:19-CV-00893-GW-SK

I, the undersigned, declare that I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the instant case.  My business address is 2 North Lake Avenue, Suite 400, Pasadena, California 91101.

On **January 6, 2020**, I served the foregoing document described as **NOTICE OF CHANGE OF FIRM ADDRESS** on the interested party in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Lawrence J. Zerner, Esq.<br>**Law Offices of Larry Zerner**<br>1801 Century Park East, Ste. 2400<br>Los Angeles, CA  90067 | Plaintiff  - **KIMBERLY BOYLE**<br><br>Tel.:  (310) 773-3623  -  **Fax:  (310) 388-5624**<br>Email:  Larry@Zernerlaw.com |
| Amy B. Lawrence, Esq<br>**LAWRENCE & ASSOCIATES**<br>2550 N. Hollywood Way, Suite 202<br>Burbank, CA  91505 | Attorneys for Defendant,<br>**ADLER & ASSOCIATES ENTERTAINMENT, LLC**<br><br>Tel:  (818) 843-6442  -  **Fax:  (818) 566-7875** |
| Gregory L. Doll, Esq.<br>Jamie Olivia Kendall, Esq.<br>Brett H. Oberst, Esq.<br>**Doll Amir & Eley LLP**<br>725 South Figueroa Street, Suite 3275<br>Los Angeles, CA 90017 | Attorneys for Defendant Amazon.com<br><br>Tel: (213) 542-3380  -  **Fax: (213) 542-3381**<br><br>Email:  boberst@dollamir.com<br>gdoll@dollamir.com<br>jkendall@dollamir.com |

XX    BY CM/ECF: Will be electronically transmitted a true copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Executed on **January 6, 2020**, at Pasadena, California.

  /s/Irene Guzman-Buelna
Irene Guzman-Buelna