JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BOYLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADLER & ASSOCIATES ENTERTAINMENT, LLC, a California LLC;<br>AMAZON.COM, INC., a Delaware corp.;<br>DREAMSCAPE MEDIA, LLC, an Ohio LLC; and<br>DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00893-JWH-SKx<br><br>**JUDGMENT** |

Pursuant to the Order filed concurrently herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The arbitration award in favor of Plaintiff Kimberly Boyle, and against Defendant Adler & Associates Entertainment, LLC, dated November 16, 2020, is **CONFIRMED** in all respects.

2. Plaintiff Kimberly Boyle shall have **JUDGMENT** in her favor, and against Defendant Adler & Associates Entertainment, LLC, in the amount of $138,870.00.

3. Defendant Amazon.com, Inc. and Defendant Dreamscape Media, LLC, were previously **DISMISSED** with prejudice. Fictitiously named Defendants Does 1 through 10 are hereby **DISMISSED**.

4. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 30, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE